**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-588 |
| | § | |
| LILIANA MARTINEZ-MONTOYA, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF REFERRAL**

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge Mary Milloy for the purpose of administering the plea of guilty and the FED.R.CRIM.P. 11 Allocution, subject to the final approval and imposition of sentence by this Court.

SIGNED on February 26, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge